UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMO BANK N.A., | Case No.  1:25-cv-01764-FJS |
| Plaintiff, | ORDER VACATING SCHEDULING CONFERENCE AFTER ENTRY OF DEFAULT |
| v. | |
| CRS TRANSPORT, INC., et al., | (ECF Nos. 9, 10, 11) |
| Defendants. | |

On March 20, 2026, Plaintiff BMO Bank N.A. filed a Request for Entry of Default against all Defendants. (ECF No. 9.) On March 20, 2026, the Clerk of the Court entered default against Defendant CRS Transport, Inc. (ECF No. 10) and Defendant Sandeep Dhankher (ECF No. 11). In light of the Clerk of Court's entry of default against all Defendants (ECF Nos. 10, 11), the Initial Scheduling Conference set for April 23, 2026, is VACATED. Plaintiff is directed to file a motion for default judgment within thirty (30) days of entry of this order.

IT IS SO ORDERED.

Dated:  **April 17, 2026**

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE